UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00515-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT LEE WELCH,

        Defendant.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **March 2, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes.

The Defendant is advised that he has the right to be represented at this hearing and subsequent hearings by counsel.  If he cannot afford counsel but desires to be represented, counsel will appointed for him at no cost.

If timely arrangements are made, the Defendant may appear at this hearing by telephone. Due to other matters scheduled before or at the same hearing time, a telephonic hearing may be delayed.  The Defendant shall remain available until contacted by the court.  To appear telephonically, the Defendant and his case manager shall arrange for his participation by

telephone by contacting the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing.

Dated this 19th day of January, 2006

**BY THE COURT:**

*Marcia S. Krieger*
————————————————
Marcia S. Krieger
United States District Judge