UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00515-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT LEE WELCH,

        Defendant.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that an Evidentiary Hearing will be held on **April 24, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 29th day of March, 2006.

        BY THE COURT:

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge