UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00515-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT LEE WELCH,

      Defendant.

---

## ORDER FOLLOWING PARTIAL REMAND

THIS MATTER came before the Court upon on partial remand from the United States Court of Appeals for the Tenth Circuit for determination of excusable neglect under Fed.R.App.P. 4(b)(4) with regard to the timeliness of the filing of the Defendant's Notice of Appeal on July 28, 2005. Having considered the parties' stipulated Proffer of Facts and their stipulation that a retroactive extension of time for filing of the Notice of Appeal is proper, the Court

FINDS that pursuant to Fed.R.App.P. 4(b)(4), excusable neglect justified Mr. Welch's untimely filing of his Notice of Appeal on July 28, 2005, approximately 28 days after entry of Judgment.

THE COURT therefore GRANTS the Defendant's request for an extension of time, *nunc*

*pro tunc*, to include July 28, 2005 for the filing of a Notice of Appeal. The Clerk shall immediately transmit this Order to the Court of Appeals for the Tenth Circuit.

This 25th day of April, 2006.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge