UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00515-MSK

UNITED STATES OF AMERICA

    Plaintiff,

v.

ROBERT LEE WELCH,

    Defendant.

## ORDER APPOINTING PSYCHIATRIC EXAMINER AND DIRECTING PREPARATION OF A REPORT

**THIS MATTER** comes before the Court on a Petition for Revocation of Supervised Release **[#62]**. The Defendant was convicted of transporting child pornography in violation of 18 U.S.C. §2252(A)(a)(1). He served 77 months in prison, and began a three year term of supervised release in December 2011.

The Court has found that the Defendant has violated the terms and conditions of supervised release by failing to participate in sex offender specific treatment as directed by the probation officer on October 23, 2014, and failure to reside in and comply with the rules of the residential reentry center on and after November 24, 2014. It is undisputed that the Defendant has long suffered from Major Depression and Anxiety, attempted suicide in October 2014 and had persistent suicidal ideation requiring transport to Porter Hospital, then to Highlands Behavior Health on November 23, 2014. He was treated at Highlands Behavioral Health Systems until December 3, 2014, when he was taken into custody by the United States Marshal.

In argument about the sentence to be imposed for violations of the terms and conditions of supervised release, the parties offer contrasting perceptions of the role of Mr. Welch's mental health.  The Government (and probation officer) contend that Mr. Welch is frequently noncompliant, disrespectful and deceitful with regard to treatment requirements. When called to account for non-compliant behaviors, he becomes depressed and purportedly suicidal.  The Government argues for revocation of supervised release and incarceration to address non-compliant behavior.

The Defendant's counsel contends that Mr. Welch suffers with Major Depressive Disorder and Anxiety, which have not been fully and consistently treated.  He has attempted suicide in the past, and the most recent incidents (attempt on October 10 and pervasive ideation resulting in hospitalization on November 23) were in reaction to his depression.  Mr. Welch contends that his untreated depression results in what is perceived as non-compliant behaviors.  As a consequence, he asks for further treatment opportunities as opposed to incarceration.

Prior to imposing a sentence for violation of the terms and conditions of supervised release, the Court desires more information – in particular, whether and to what degree Mr. Welch's mental illness affects his ability to comply with the terms and conditions of supervised release, and what sentencing alternatives will best accord the Defendant the kind of treatment he needs.

**IT IS THEREFORE ORDERED** that pursuant to 18 U.S.C. § 3552 (c) and § 4244(b), the Court appoints Dr. Susan Bograd to examine the Defendant and to report her findings to the Court within 60 days of the date of this Order.

**IT IS FURTHER ORDERED** that counsel shall provide Dr. Bograd with a copy of this Order and supply such information or records as she requires.

DATED this 13th day of January, 2015.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Court